

# NUMBER 13-09-00047-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE:  BROWNSVILLE-VALLEY REGIONAL MEDICAL CENTER, INC.

### On Petition for Writ of Mandamus

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza and Vela**
**Memorandum Opinion Per Curiam[1]**

Relator, Brownsville-Valley Regional Medical Center, Inc., filed a petition for writ of mandamus in which it requests that this Court direct respondent, the Honorable Migdalia Lopez, presiding judge of the 197th District Court of Cameron County, Texas, to vacate the trial court's discovery order requiring relator to produce fourteen hospital manuals for inspection by counsel for real parties in interest, Roberto and Juana Lopez.

This Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that relator has not shown itself entitled to the relief sought and the petition should be denied.  *See* TEX. R. APP. P. 52.8(a).  Accordingly,

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.")

the petition for writ of mandamus is DENIED.

PER CURIAM

Memorandum Opinion delivered and
filed this the 19th day of February, 2009.